UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARLES BEGBIE FOWLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JAROLD MARC,<br><br>    Defendant. | Case No.  2:22-cv-02131-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On December 8, 2022, I notified plaintiff that he had not properly commenced a civil action because he filed an unsigned complaint. ECF No. 4. Additionally, I notified him that he needed to either submit the required filing fee or a complete *in forma pauperis* affidavit accompanied by a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. *Id.* I granted plaintiff thirty days to file a signed complaint and either a complete application to proceed *in forma pauperis* or pay the $402 filing fee. To date, plaintiff has not complied with that order or otherwise responded.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer

1

justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to file a signed complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this action, he must, within twenty-one days, file a signed complaint and either pay the $402 filing fee or submit a complete application for leave to proceed *in forma pauperis*. The Clerk of Court is directed to send to plaintiff a complaint form and the court's form application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   March 7, 2023                                    _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE